# Exhibit 2

US006516147B2

(12) **United States Patent**
**Whiteside**

(10) **Patent No.: US 6,516,147 B2**
(45) **Date of Patent: Feb. 4, 2003**

(54) **SCENE RECOGNITION METHOD AND SYSTEM USING BRIGHTNESS AND RANGING MAPPING**

(75) Inventor: **George D. Whiteside**, Lexington, MA (US)

(73) Assignee: **Polaroid Corporation**, Waltham, MA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/740,416**

(22) Filed: **Dec. 19, 2000**

(65) **Prior Publication Data**

US 2001/0031142 A1 Oct. 18, 2001

**Related U.S. Application Data**

(60) Provisional application No. 60/172,883, filed on Dec. 20, 1999.

(51) **Int. Cl.**[7] .............................................. **G03B 15/02**

(52) **U.S. Cl.** ......................... **396/61**; 396/100; 396/106; 396/159; 396/165; 396/187; 396/234

(58) **Field of Search** .......................... 396/61, 165, 155, 396/157, 159, 195, 233, 234, 65, 100, 106, 121, 122, 123

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,304,476 A * 12/1981 Bloom ....................... 396/155
6,167,200 A * 12/2000 Yamaguchi et al. .......... 396/65

* cited by examiner

*Primary Examiner*—David M. Gray
*Assistant Examiner*—Rochelle Blackman

(57) **ABSTRACT**

A method of controlling exposure of a scene image comprising the following steps: sensing a scene for image data; deriving values representative of a brightness map of the scene; sensing the scene for image data; deriving values representative of a range map; comparing the range map with the scene brightness map; and controlling the exposure by controlling artificial illumination upon the scene. In an alternate aspect, a system is provided for controlling exposure of a scene image comprising the following elements: at least one sensor assembly; a source of artificial illumination; and a processing means.

**10 Claims, 4 Drawing Sheets**





FLASH
103
105
111
MOTOR
CCD
109V
107
109IR
AUTO FOCUS
113
115
µP
117
CAMERA
101
201
START
203
IR STROBE
205
AUTO FOCUS
207
SET CCD TO HIGH RES.
209
BRIGHTNESS MAP
211
SET CCD TO LOW RES.
213
IR STROBE
215
RANGING MAP
217
COMPARE BRIGHTNESS RANGING MAPS
219
SET FLASH
221
TAKE PICTURE
223
END

*FIG. 1*

*FIG. 2*



FIG. 3

FIG. 6

FIG. 7A

FIG. 4

FIG. 5

FIG. 7B



FIG. 8

FIG. 9

FIG. 12

**U.S. Patent** Feb. 4, 2003 Sheet 4 of 4 US 6,516,147 B2

460
470
464
422
442
420
466
430
461
470
462

FIG. 11

412
464
422
470
468
420
466
430
460
462
426
470
460
442
400

FIG. 10

# SCENE RECOGNITION METHOD AND SYSTEM USING BRIGHTNESS AND RANGING MAPPING

## CROSS-REFERENCE TO RELATED APPLICATION

The present application claims the benefit of copending U.S. provisional patent application, Ser. No. 60/172,883 filed in the U.S. Patent and Trademark Office on Dec. 20, 1999.

## BACKGROUND OF THE INVENTION

The present invention pertains to an automated exposure control unit and method for image recording devices and is, particularly, adapted for use in conjunction with cameras employing strobes for exposing photographic film of the self-developing type.

Capturing a properly exposed scene on film is often difficult and a wide variety of techniques have been put forth in the prior art to achieve that end in an economical manner. Proper exposure is especially difficult when a photographer is confronted with a wide variety of scene lighting and subject conditions. Correct exposure is even more difficult when the exposure employs an electronic strobe for illuminating the subject and scene. The foregoing difficulties are compounded when exposing self-developing film in low cost mass-market cameras; wherein conventional techniques of improving film picture quality done during film processing cannot be utilized and sophisticated electronic systems do not make economic sense.

Despite the problems associated with obtaining correct exposures, there are several known successful techniques for dealing with the above issues by providing enhanced exposure for a variety of scene lighting and subject conditions. For instance, commonly-assigned, U.S. Pat. No. 4,192,587 describes a proportional fill flash system for varying the time at which a source of artificial illumination is energized relative to an exposure interval by determining the range of a subject and to thereafter utilize the ranging information to vary the time in which the flash is fired so that it fires at an aperture corresponding to subject range. Commonly assigned U.S. Pat. No. 4,255,030 describes a proportional fill flash system utilizing quenching of a quench strobe at an appropriate time without determining subject range based on the integration of both ambient and flash. Commonly assigned U.S. Pat. No. 4,285,584 describes a proportional fill flash system utilizing a photometer having three zones in its overall field of view for distinguishing between background, central, and foreground portions of the scene. The output of the different segments of the scene are compared to increase or decrease the exposure depending on whether the scene is more heavily illuminated in the background or foreground. Commonly assigned U.S. Pat. No. 4,423,936 describes an exposure control unit utilizing a photometer having a multi-sensor array that detects both subject range and ambient light intensity. A comparison of range measurements identifies that scene area having the nearest object to the ambient light intensity measurements of subject and non-subject areas in order to classify scene lighting conditions and then select a corresponding program which controls the operation of the system to vary the ratio of ambient to artificial light contributions to exposure.

Despite the success of the above approaches in addressing the foregoing concerns particularly in regard to self-developing instant cameras, there is nevertheless a continuing desire to improve upon the efficiency and costs of obtaining proper exposure not only with cameras of the foregoing kind but also with digital cameras as well. In regard to digital cameras, it is highly desirable to effect highly quality printing utilizing low cost methodologies. For instance, in a camera with a digital capture mode the use of a multi-sensor array to minimize the problem adds to the overall cost to a system. Moreover, it is highly desirable to achieve the foregoing in a variety of scene lighting conditions wherein artificial illumination makes a contribution.

## SUMMARY OF THE INVENTION

An object of the invention is to control the photographic exposure automatically such that the subject and non-subject areas of a scene are correctly exposed in an economical and efficient manner.

It is another object of the invention to provide a digital capture system which can utilize the material already in the system.

To achieve this and other objects, the invention is directed to a method of controlling exposure to a photosensitive element by controlling illumination of the scene through a comparison of brightness and range mapping. The method comprises: (a) sensing image data from the scene including scene brightness from a first set of a plurality of regions in the scene; (b) forming a brightness map of the scene in accordance with the brightness data corresponding to the first set of regions; (c) sensing range data from a second set of regions in the scene; (d) forming a range map to determine a subject in the scene; and, (e) comparing the range map with the scene brightness map for determining a relationship between scene brightness and the subject brightness; and, (f) controlling the exposure by controlling artificial illumination upon the scene, whereby a relationship of ambient and artificial illumination is generally maintained.

The invention is further directed to a system for controlling exposure by controlling the relationship between ambient and artificial illumination during exposure. The system comprises a sensor for sensing image data including scene brightness from a first set of a plurality of regions in a scene; a sensor for sensing range data from a second set of regions in the scene; and, processing means for (i) defining a brightness map of the scene in accordance with the brightness data corresponding to the first set of regions, (ii) defining a range map of the scene in accordance to the second set of regions to determine a subject in the scene, (iii) comparing the range map with the scene brightness map for determining a relationship between scene brightness and the subject range; and, (iv) controlling the exposure during an exposure interval by controlling artificial illumination upon the scene, whereby a relationship of ambient and artificial illumination is generally maintained.

As a result of the foregoing system and method, when the ambient brightness readings of both the scene background and scene subject are measured, control of the ambient exposure of the background is controlled by the ambient background readings and the exposure of the subject is controlled by a comparing the subject brightness to the scene brightness and by controlling the amount of artificial illumination directed at the subject by the source of artificial illumination to make up the difference in brightness values in order to give correct exposure for both the scene background and the subject. Accordingly, both the scene subject and scene background are wellexposed.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will now be set forth in detail with reference to the drawings, in which:

FIG. **1** shows a block diagram of a camera according to the present invention;

FIG. **2** shows a block diagram of operation of the camera of FIG. **1**;

FIG. **3** shows a scene of which a photograph is to be taken;

FIG. **4** shows a plurality of regions used in range mapping;

FIG. **5** shows the scene of FIG. **3** superimposed on the plurality of regions of FIG. **4**;

FIG. **6** shows a ranging map;

FIG. **7**A shows a macroscopic view of a plurality of regions used in brightness mapping;

FIG. **7**B shows an enlarged portion of the macroscopic view of FIG. **7**A and shows discrete regions;

FIG. **8** shows the scene in which the subject is illuminated more dimly than the background;

FIG. **9** shows a scene in which the subject is illuminated more brightly than the background;

FIG. **10** is an elevation view of another embodiment of an exposure control device with, however, portions removed for clarity in illustrating its construction and one mode of operation;

FIG. **11** is a view similar to FIG. **10**, but illustrating the device in yet another mode of operation; and,

FIG. **12** is a cross-sectional view illustrating the system of FIG. **10**.

## DETAILED DESCRIPTION

FIG. **1** shows a camera **101** according to the present invention. The camera **101** includes a quenchable electronic strobe unit or other suitable strobe unit **103**, and a photo responsive area sensor **105**, such as the CCD. A filter element **107**, such as a filter sold under the model number CM 500, is disposed in front of the CCD **105** and is moved into one of two positions by motor **111** such that light directed toward the CCD **105** is intercepted by either a visible-passing filter **109**V or an infrared-passing filter **109**IR. Alternatively, filter element **107** can be disposed in front of the strobe **103**. An auto-focus device **113**, such as any auto-focus device known in the art moves a lens **115** into the appropriate focus position. The components are connected to a microprocessor **117** or other suitable control device to control the operations of the camera.

The camera of FIG. **1** operates as shown in the flow chart of FIG. **2**. The operation starts in step **201**. An IR wink or strobe pulse is emitted in step **203** by the strobe **103** (or another suitable IR source which may be separately provided) to allow an auto-focus operation in step **205** by the autofocus device **113**. It will be appreciated that an auto-focus operation need not be performed, but rather a set lens can be used that if desired could be manually set. The CCD is set to high resolution in step **207** so that a brightness map of the scene (subject and background) to be photographed can be formed in step **209**. In the exemplary embodiment, the visible-passing filter **109**V is located in front of the CCD **105** so that the brightness map is formed with visible light. In step **211**, the CCD is set to low resolution, and another IR wink or strobe pulse is emitted in step **213** so that a ranging map of the scene can be formed in step **215**. In the exemplary embodiment, the infrared-passing filter **1O91R** is located in front of the CCD **105**. The brightness and ranging maps are compared in step **217**, and the flash is set in step **219** to provide the appropriate level of backfill for the subject and the background. With this flash setting, the picture is taken in step **221**, and the operation ends in step **223**.

The operation of forming the ranging map in step **215** will be explained with reference to FIGS. **3**–**6**. FIG. **3** shows a view of CCD **105** in low resolution divided into sixteen exemplary regions R**1**–R**16**, although, as noted above, the number of regions capable of being formed by the CCD typically r ranges from ten to 500 in low resolution. FIG. **5** shows the same scene as in FIG. **3** except that it is divided into the sixteen regions corresponding to regions R**1**–R**16** of FIG. **4** and thus shows how CCD **105** in low resolution divides scene **301** into the regions. In each of the regions R**1**–R**16** of FIG. **5**, the range is determined, and a near or far determination is made for each of the regions. As a result, the ranging map **601** of FIG. **6** is obtained. In this ranging map **601**, regions R**1**–R**5**, R**8**, R**9**, R**12**, R**13**, and R**16** corresponding mostly to the background **305** of the scene **301**, are determined to be far regions, while regions R**6**, R**7**, F**10**, R**11**, R**14** and R**15**, corresponding mostly to the subject **303**, are determined to be near regions. Of course, it is not necessary to use a binary near/far distinction; instead, varying distance ranges could be used.

While the exemplary embodiment forms the ranging map with the CCD in low resolution, it forms the brightness map with the CCD in high resolution, which will be explained with reference to FIGS. **7**A and **7**B. In high resolution, each pixel discernible by the CCD can be a separate region; alternatively, a resolution intermediate between the low resolution and the maximum resolution of the CCD can be used. If the CCD is capable of VGA resolution (640 pixels across by 480 pixels down), the regions range from R(**0,0**) in the upper left corner to R(**639,0**) in the upper right corner to R(**0,479**) in the lower left corner to R(**639,479**) in the lower right corner, as indicated in FIG. **7**A. The portion of the CCD framed in dotted lines in FIG. **7**B is shown enlarged in FIG. **7**B, which shows discrete regions ranging from R(**631,200**) to R(**631,211**) to R(**639,200**) to R(**639,211**).

The operation of comparison in step **217** will now be explained with reference to FIGS. **6**, **8** and **9**. As explained above, FIG. **8** shows a situation in which the subject is illuminated more dimly than the background, while FIG. **9** shows the opposite situation. The brightness levels in the brightness map obtained in step **209** are compared with ranging map **601**. If the near regions are darker than the far regions, the situation in FIG. **8** is recognized, while if the opposite is true, the situation in FIG. **9** is recognized. The flash is set accordingly to contribute to the exposure. For instance, in some circumstances if the subject is significantly frontlit, the flash need not be fired.

FIGS. **10**–**12** illustrate portions of an exposure control unit **400**. The exposure control unit **400** is similar that described in commonly assigned U.S. patent application, Ser. No. 09/133,661 filed Aug. 2, 1998. Hence, only those portions of the exposure control unit **400** which are necessary to understand the present invention will be described since a detailed description thereof is incorporated herein and made a part hereof. The unit **400** includes an aperture/lens disc **420** that is rotatably mounted in the housing assembly **402**. The aperture/lens disc **420** is indexed under the control of a stepper motor **466** by means of a spur gear **430** that meshes with a gear **468**. A set of different sized apertures **422**, **426** are selectively rotated into and out of coincidence with the CCD image sensor **442**. Although not shown, the apertures **422**, **426** can be provided with lenses of a suitable variety such as close-up, wide angle, or telephoto.

A filter assembly **460** is rotationally mounted on a shaft **461** within the housing **402** before the lens assembly **410** and is biased by a torsion spring **470** to rest against a segment **412** of the housing assembly **402**, whereby a visible light pass filter element **462** is positioned to be in overlying relationship to an aperture **426**. During pre-exposure to obtain the scene brightness mapping, the image sensor **442** is enabled and the visible pass filter element **462** allows visible light from the scene to be passed to the sensor, whereby scene brightness measurements for each image sensing region of the sensor can be achieved. These image sensing regions of the sensor, of course, correspond to scene portions that are to be sensed for establishing the scene brightness map. The signals from the sensor are forwarded to a system controller (not shown).

To effect a range determining function while still in the pre-exposure mode, the aperture/lens disc **420** is rotated in a counterclockwise direction, whereby a tab **423** on the disc drives the filter assembly **460** against the bias of the spring so that an infrared pass filter element **464** is placed in overlying relationship to the CCD image sensor **442**, while the aperture **426** is now in overlying relationship to the image sensor. In this step, the image sensor **442** can be operated in a low resolution mode for determining a range map distinguishing subject areas relative to the nonsubject areas The flash is operated to illuminate the scene and the resulting reflected scene brightness will pass through the IR pass filter **464** to the sensor **442**; whereby range information for each sensor region can be determined consistant with the wink IR ranging technique described in commonly-assigned U.S. Pat. No. 4,785,322. Also, the present invention envisions the use of differently configured image acquisition modules with a variety of techniques for presenting an IR filter over such a module, such as by moving an IR filter in front of the acquisition module by means of a stepper motor or solenoid.

A system controller (not shown) includes a logic circuit board includes a micro-controller circuit that which receives electrical signals from the various camera elements and, in turn, controls operation of the stepper motor and the CCD as well as strobe and camera shutter mechanism logic circuit board. The logic circuit board includes a microprocessor that is operable for decoding signals from, for instance, the sensor for the scene brightness and range determining steps during different modes of operation. The logic circuit includes a conventional, electronically erasable memory section which includes appropriate numbers of look-up tables, each of which employ combinations of the exposure parameters of subject range, flash mode selection, pre-exposure scene brightness information to define the desired memory cell address. The present invention contemplates establishing the scene brightness and ranging maps, as well as comparing the maps to provide a relationship between the two that controls the strobe firing intervals for each and every combination of the scene brightness and ranging maps. The logic circuit will control when the strobe will be fired and quenched during an exposure cycle so that a desired fill flash ratio between ambient and flash is maintained despite wide variances in scene lighting and subject ranges that exist.

Although illustrative embodiments of the invention have been set forth, those skilled in the art will recognize that other embodiments can be realized within the scope of the invention. For example, the image sensing CCD can be operated in only one resolution, so that the ranging and brightness information can be taken simultaneously. In other words, a single set of data can be used to determine brightness and ranging. Also, the system and method described above do not have to be implemented in a camera, but find utility in any art in which correct illumination of subjects under a variety of lighting conditions are an issue.

What is claimed is:

**1**. A method of controlling exposure of a scene image comprising the steps of;

(a) sensing a scene for image data including scene brightness data from at least a first set of a plurality of regions of the scene including a subject region;

(b) deriving values representative of a brightness map of the scene in accordance with scene brightness data values corresponding to each of a first set of regions;

(c) sensing the scene for image data including range data from at least a second set of regions in the scene;

(d) deriving values representative of a range map in accordance with range data values corresponding to each of the second set of regions and utilizing the values representative of a range map to determine a subject in the scene; and,

(e) comparing the range map with the scene brightness map for determining a relationship between scene brightness and the subject brightness; and,

(f) controlling the exposure by controlling artificial illumination upon the scene, whereby a relationship of ambient and artificial illumination is generally obtained based on the relationship between scene brightness and the subject brightness.

**2**. The method of claim **1** wherein said step of controlling the artificial illumination controls firing intervals of a strobe for each and every combination of the scene brightness and ranging maps.

**3**. The method of claim **1** wherein one of the brightness sensing or range sensing is performed in a first sensor resolution mode and the other of the range sensing or brightness sensing is performed in a second sensor resolution mode.

**4**. The method of claim **1** wherein the brightness and range sensing are performed in one resolution mode.

**5**. The method of claim **1** wherein said range and brightness sensing steps are performed generally simultaneously.

**6**. A system of controlling exposure of a scene image, the system comprises:

at least one sensor assembly for sensing image data including scene brightness from a first set of a plurality of regions in a scene; said sensor assembly is operable for sensing range data from a second set of generally independent regions in the scene; a source of artificial illumination; and,

processing means for:

(i) defining a brightness map of the scene in accordance with the brightness data corresponding to each of the regions in the first set of regions,

(ii) defining a range map of the scene in accordance to the second set of regions to determine a subject in the scene,

(iii) comparing the range map with the scene brightness map for determining a relationship between scene brightness and the subject range; and,

(iv) controlling the exposure by controlling a strobe artificial illumination upon the scene, whereby a relationship of ambient and artificial illumination is generally obtained based on the relationship between scene brightness and the subject brightness.

**7**. The system of claim **6** wherein said sensor senses one of the scene brightness and the other of the scene ranging in

a first resolution mode and said sensor senses the other of the subject range and scene brightness in a second resolution mode.

**8**. The system of claim **6** wherein said sensor is operable for sensing the scene brightness and ranging in a single resolution mode.

**9**. The system of claim **6** wherein said sensor assembly includes an infrared pass filter assembly that is operable in one condition to allow ambient and artificial illumination

from a scene to impinge on said sensor, and in another condition allows infrared from the scene to impinge on said sensor.

**10**. The system of claim **6** wherein said processing means is operable for

controlling the artificial illumination by a controlling a strobe for each and every combination of the scene brightness and ranging maps.

* * * * *