# Exhibit 7

US007173177B1

(12) United States Patent
Gould et al.

(10) Patent No.: US 7,173,177 B1
(45) Date of Patent: Feb. 6, 2007

(54) USER INTERFACE FOR SIMULTANEOUS MANAGEMENT OF OWNED AND UNOWNED INVENTORY

(75) Inventors: **Eric J. Gould**, San Jose, CA (US); **Nick West**, Austin, TX (US); **Donald McCaskill**, Austin, TX (US); **Alice Cark**, Austin, TX (US); **Paulus Trisnadi**, Austin, TX (US)

(73) Assignee: **Blue Dolphin Solutions LLC**, Las Vegas, NV (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 326 days.

(21) Appl. No.: **10/696,379**

(22) Filed: **Oct. 29, 2003**

**Related U.S. Application Data**

(63) Continuation of application No. 09/473,901, filed on Dec. 28, 1999, now Pat. No. 6,693,236.

(51) Int. Cl.
*G10H 1/00* (2006.01)
*G10H 1/18* (2006.01)
*G10H 7/00* (2006.01)

(52) U.S. Cl. .................. **84/615**; 84/477 R; 705/26; 700/214

(58) Field of Classification Search ............ 705/26–29; 434/307 A; 84/477 R, 600, 615, 653; 700/214, 700/234; 369/30.08, 30.09; 715/744–748
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,734,719 A | 3/1998 | Tsevdos et al. ............... 380/5 |
| 5,794,206 A | 8/1998 | Wilkinson et al. ............ 705/1 |
| 5,860,068 A | 1/1999 | Cook ........................... 705/26 |
| 5,918,213 A | 6/1999 | Bernard et al. ............... 705/26 |
| 5,953,005 A | 9/1999 | Liu ............................. 345/302 |
| 5,963,916 A | 10/1999 | Kaplan ........................ 705/26 |
| 5,970,474 A | 10/1999 | LeRoy et al. ................ 705/27 |
| 6,023,683 A | 2/2000 | Johnson et al. .............. 705/26 |
| 6,026,366 A | 2/2000 | Grube ......................... 705/10 |
| 6,026,376 A | 2/2000 | Kenney ....................... 705/27 |
| 6,026,403 A | 2/2000 | Siefert ........................ 707/10 |
| 6,055,513 A | 4/2000 | Katz et al. ................... 705/26 |
| 6,055,516 A | 4/2000 | Johnson et al. .............. 705/27 |
| 6,055,573 A | 4/2000 | Gardenswartz et al. ..... 709/224 |
| 6,061,691 A | 5/2000 | Fox ............................ 707/104 |
| 6,131,088 A | 10/2000 | Hill ............................ 705/27 |
| 6,151,643 A | 11/2000 | Cheng et al. ................ 710/36 |
| 6,226,618 B1 | 5/2001 | Downs et al. ................. 705/1 |
| 6,226,672 B1 | 5/2001 | DeMartin et al. ........... 709/219 |
| 6,230,199 B1 | 5/2001 | Revashetti et al. ......... 709/224 |

(Continued)

OTHER PUBLICATIONS

UMG Recordings, Inc., et al, v MP3.com, Sep. 6, 2000, U.S. District Court of Southern District of New York.

(Continued)

*Primary Examiner*—Jeffrey W Donels

(57) **ABSTRACT**

The present invention provides a user configurable computer interface for managing inventory. The interface provides a list, generated according to a user-defined organization. The list includes both owned and un-owned items and provides a means for sampling and purchasing the un-owned items directly from the list. The present invention contemplates a user interface for managing an entertainment play lists such as music play lists, video play lists etc. In addition the present invention contemplates management of vehicle maintenance and goods such as groceries, toys, or books.

**26 Claims, 8 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,232,539 B1 | 5/2001 | Looney et al. | 84/609 |
| 6,233,682 B1 | 5/2001 | Fritsch | 713/168 |
| 6,236,974 B1 | 5/2001 | Kolawa et al. | 705/7 |
| 6,236,978 B1 | 5/2001 | Tuzhilin | 705/26 |
| 6,243,375 B1 | 6/2001 | Speicher | 370/352 |
| 6,243,725 B1 | 6/2001 | Hempleman et al. | 707/530 |
| 6,246,997 B1 | 6/2001 | Cybul et al. | 705/27 |
| 6,446,080 B1 | 9/2002 | Van Ryzin et al. | 707/104 |
| 6,473,738 B1 | 10/2002 | Garrett | 705/26 |
| 6,618,753 B2 | 9/2003 | Holland et al. | 709/217 |
| 2002/0059120 A1 | 5/2002 | Milton | 705/28 |

OTHER PUBLICATIONS

"My.MP3.com FAQ", printed Nov. 6, 2000.



Figure 1 (Prior Art)



Figure 2



Figure 3



Figure 4



Figure 5



Figure 6



Figure 7



Figure 8

# USER INTERFACE FOR SIMULTANEOUS MANAGEMENT OF OWNED AND UNOWNED INVENTORY

This is a Continuation application of copending prior application Ser. No. 09/473,901 filed on Dec. 28, 1999 now U.S. Pat. No. 6,693,236, the disclosure of which is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

The present invention relates to management of inventory. More particularly the present invention relates to maintaining an inventory of items through use of a user interface incorporating a user customized organization wherein both owned and un-owned items can be processed simultaneously and wherein un-owned items can be purchased directly from the user interface.

With reference to FIG. **1**, the traditional processes of maintaining a supply of goods or services, and purchasing those goods or services involves several discrete steps. While most people do not consciously think about it, the process of shopping for goods involves a complex procedure which is understood more clearly with reference to FIG. **1**. First, in a step **102**, a shopper must determine certain goods are needed and then, in a step **104**, must either remember that the goods are needed, or must add them to a list of such needed items. In a step **106** the shopper must determine whether either of two conditions are met. First, are there sufficient articles in the list to justify traveling to a store, and second is there at least one item in the list which is needed with sufficient urgency to justify a trip to the store regardless of the size of the list. If the answer to either of these questions is no then the shopper returns to the step **102** of determining that further items are needed and adding them to the list. However, if the answer to either of these questions is yes, then the shopper, in a step **108**, determines a first item to search for and a first store in which that item is most likely to be found.

Once at the first store, in a step **110** the shopper searches for the first item. As any shopper will appreciate, in a traditional shopping experience, the process of searching a store for a particular item is dictated by the vendor's organization of goods. For example, while the shopper may have compiled a shopping a list in which all of the items necessary to make a spaghetti dinner may be grouped together, the store may have items arranged in any number of organizations. The sauce may be in one isle with canned vegetables, while spaghetti noodles are in another isle, and red wine in yet another. Finding the Parmesan cheese is always a problem. To further exacerbate the problem one store often organizes its stock differently from another store.

With continued reference to FIG. **1**, in a step **112**, once the item is found it is placed in a cart. Then in a step **114** the shopper directs his or her attention to the next sequential item on the list. At this point, in a step **116**, the shopper must check the list to determine whether all of the items have been obtained. If the answer is yes then, in a step **118**, the shopper proceeds to the check out counter and purchases the item or items in the cart. If the answer to the step **116** is no, then the user proceeds to step **120** to determine whether the remaining article or articles can be purchased at that store. If it can, the shopper returns to the step **110** to search for that item. If the item cannot be found there, then in a step **122**, the shopper proceeds to the checkout stand to purchase any items accumulated in the shopping cart. Then in a step **124**, the shopper travels to the next store to resume the search step **110**. This process continues until all of the items on the list have been obtained.

It will be appreciated that the traditional method of shopping is somewhat cumbersome and time consuming. The process becomes still more difficult if the shopper has a small child to attend to or has a physical impairment which makes travel to and movement within the stores difficult.

With the advent of the Internet and on-line shopping, the process has been made somewhat easier. However, the Internet shopping has essentially maintained the traditional shopping model, with the only real difference being that the shopper does not have to physically travel from one store to another. The online shopper still must compile a list of goods needed and then in a separate step, must go to various Internet sites to shop for those goods. Once at the site the shopper must search for the goods which are organized according to the vendor's chosen organization, which can vary from vendor to vendor. The on-line shopper fills a virtual shopping cart with goods and, when the items remaining on the shopper's list are not available at that Internet site, the shopper must proceed to another site to finish the list.

Another system which has been developed in an attempt to streamline the shopping experience is the use of bridal registries. Such a registry contains a list of items which a couple desires to own. As friends and family purchase items on the list, the list is constantly updated to indicate which items have been purchased and which items remain to be purchased. However, such a system suffers the drawback that it is only useful for one store and the buyer must go to the store to access the system. In addition, the once an item has been selected from the list, the buyer must purchase the item as a separate, discrete activity. This purchase is generally performed as according to the conventional shopping experience in which the shopper must find the item in the store, using the stores inventory organization, and then must make the purchase in a conventional manner at check out stand or the like.

From the forgoing it is apparent that there remains a need for a new shopping paradigm. Such a shopping paradigm would preferably include a system which would take full advantage of the vast power of computers and of the Internet to eliminate many of the steps required to maintain an inventory of goods or services. Such a system would also preferably provide a tool allowing the shopper to organize goods in a manner most useful to the shopper, would identify for the user which items need to be purchased and would allow the user to purchase each item individually directly from the user customized organizational tool.

## SUMMARY OF THE INVENTION

The present invention provides a system method and apparatus for allowing a computer user to maintain an inventory of goods or services in an organization which is customized to the user's individual needs. The organized items include both those items owned by the user and those which need to be purchased, and the user is provided with an indication of which items fall into which category, allowing the user to easily determine which items remain to be purchased. Purchase can be made directly by selecting the needed item without requiring the user to compile a list of items and without visiting different vendors to purchase all needed items.

More particularly, the invention includes a user interface which displays a plurality of category icons each of which

represents a user defined grouping of items. These items and groupings are organized in any manner designed by the user. Selecting one of the category icons causes the items within that group to be displayed with an associated status icon. The status icon associated with each item indicates to the user whether the item is currently owned by and available to the user, whether it needs to be purchased, or whether it has been purchased but has not yet been received.

Selecting an item having a status icon indicating that it needs to be purchased will cause a window to be displayed which includes a description of at least one such item available for purchase along with a mechanism for purchasing the item. The item window can include information such as price, availability, size, graphics, etc. The purchase mechanism can be in the form of a button which the user can select to initiate an on-line purchase. The selection of vendors can be preprogrammed, determined in real time, or can be by default, however, the system automatically determines which stores supply the item and provides a link to only those stores.

One embodiment of the invention provides a mechanism for managing a music portfolio. The system can be directly connected with the user's stereo system and includes user defined play lists. The play lists can be organized in any manner chosen by the user for example genre, artist, instrument, etc. A selection of lists identified by list icons is displayed from which the user can select a desired list. Selecting a desired list causes the musical titles within that list to be displayed. Each title includes a status icon which indicates whether the title is currently owned or needs to be purchased. By selecting an item to be purchased, the user accesses a window containing information regarding the title and a button for initiating a purchase of the musical title. The purchase can be, for example, in the form of downloaded MP3 music or can be on compact disc delivered via a conventional carrier. The lists are transferable so that a user can receive from a friend a list of, for example, party music. When the list is displayed in the user interface, it will indicate which of the items are already owned by the user and which have yet to be purchased.

In another embodiment of the invention, the user interface can be used to maintain a stock of groceries. Again the groceries can be organized in any manner chosen by the user. The groceries are displayed in user customized lists with an indication of which items remain to be purchased. Selecting an item to be purchased opens an item description window and provides for a direct on-line purchase.

In yet another embodiment of the invention, the user interface allows a user to easily manage vehicle maintenance. Each vehicle owned by the user is provided with its own icon, selection of which will provide the user with information regarding the maintenance schedule of that vehicle. The system keeps track of maintenance already performed and alerts the user when maintenance is due. The system also provides the user with a selection of service stations from which such service can be provided and also provides the user with links to the service station to schedule such maintenance.

These and other advantages of the invention will become apparent to those skilled in the art upon a reading of the following descriptions of the invention and a study of the several figures of the drawing.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a process flow chart illustrating a shopping method of the background art;

FIG. **2** is a schematic view of a computer system useful with the present invention;

FIG. **3** is a process flow chart illustrating a shopping method of the present invention;

FIG. **4** displays a user interface according to an embodiment of the present invention;

FIG. **5** displays a user interface according to an alternate embodiment of the invention;

FIG. **6** displays a user interface according to an alternate embodiment of the present invention;

FIG. **7** is a perspective view of an electronic checklist for use with an embodiment of the present invention;

FIG. **8** displays a user interface according to yet another embodiment of the present invention.

DETAILED DESCRIPTION OF THE EMBODIMENTS

The present invention provides a system, method and apparatus for managing, organizing and purchasing items using a personalized user interface on a computer system. The user interface includes one or more customized lists, capable of displaying a selection of items of mixed ownership. More particularly, the list provides an indication of whether or not the item is already owned by the user and the user interface provides a mechanism for purchasing those items that are not.

With reference to FIG. **2**, the present invention includes a software-based set of computer executable instructions for use with a computer system **210**. The computer system **210** is preferably connected for communication with a computer network **212** including a plurality of remote agents **214**. The computer network can be for example a local area network (LAN) or can be Internet based.

With continued reference to FIG. **2** the computer system preferably includes a computer **216** including a central processing unit, random access memory (RAM) (not shown), read only memory (ROM) (not shown) and one or more drives **218** which can be in the form of a magnetic floppy disk drive, laser disk etc. The computer system **10** also includes a video monitor **220** for visually displaying data to the user, a keyboard **222** for manually entering data, and a computer mouse or trackball **224** for manipulating data in coordination with the visual display provided by the monitor **220**. A set of speakers **226** can also be provided and connected with the computer **216**.

The software based computer executable instructions can be loaded into the computer **216** through the drive **218** or can be accessed through the network **212** from one or more of the remote agents **214**. Once loaded the software instructions can be stored in the RAM, ROM, on a magnetic or laser disk accessed by the drive **216** or can be maintained on one of the agents **214**. While the invention has been described in terms of use a personal computer, those skilled in the art will recognize that the present invention can be used in connection with other similar electronic equipment such as a hand held device, a laptop computer, etc.

With reference to FIG. **3**, an improved shopping method **302** will be described. The process **302** begins with a step **304** in which the user opens the software. Upon activation, the software will provide the user with at least one user defined list of items. The list includes and indication to the user of which items are already owned and which need to be purchased. Therefore, after activating the software, in a step **306**, the user will readily notice which items, if any, need to be purchased. In a step **308**, the user selects an item to be purchased. In a step **310**, the software automatically

searches for on-line vendors from among the agents **14** (FIG. **2**) which can provided the item, preferably focussing on certain user preferred vendors **312**. Then, in a step **314**, the user purchases the item. In a step **316**, the user checks the software to determine whether additional items remain to be purchased. If so then the user returns to step **308**, if not then the user is done.

With reference to FIG. **4**, an embodiment of the invention includes a user interface **402** which can be displayed on the computer monitor **220** (FIG. **1**) and can be considered to include three basic window regions. In the first region **404**, a selection of lists is displayed. The nature of the lists is indicated by a heading **406**, which can be an expression generated by the user or can be a default heading.

Each list is represented in the first window region **404** by a list icon **408**, and the heading **406** corresponds to the category of lists displayed. The organization and categorization of lists can be tailored by the user to fit with his or her mindset and experiences. For example if the user had just returned from an extended vacation in which several countries had been visited, the user might generate a heading entitled "World tour". Under this heading there could be a set of lists **408**, in the form of play lists or libraries, each containing music reminding him or her of specific locations visited. In such a case, the lists falling under the heading "World Tour" might have names such as "British Isles", "polka", "Greece", etc. The user interface **402** is very flexible so that the organization need not be consistent and need not make sense to anyone other than the user. For instance, in the example above the lists seem inconsistent because "British Isles" and "Greece" are locations while "polka" is a style of music. While this organization might seem inconsistent to most people it might make sense to the user.

With continued reference to FIG. **4**, the user can select one of the lists **408**, in which case a selection of items **410** contained in that list will be displayed in a second window region **412**. Selection of list can be made using a pointer icon **414** controlled by the mouse **224** (FIG. **2**) or can be by another method such as scrolling through the list icons using the keyboard **222** (FIG. **2**) or a remote control (not shown). When a particular list **408** is selected in region **412**, the name of the list appears at the top of the second window region as a list heading **416**. A selection of items **410** in the form of musical titles making up the selected list **408** will appear below the list heading **416**.

With reference still to FIG. **4**, a title status icon **418** appears next to each listed title **410** displayed in the second region **18**. These icons **42** indicate the status of the item in the list. For example a check mark, might appear next to an item to indicate that the item is already in the possession of the user. Another icon, for example a dollar sign, might appear next to items which have not yet been purchased. Another possible icon, for example mail package symbol, might appear next to an item which has been purchased but not yet received.

With continued reference to FIG. **4**, selecting one of the title icons **410** will initiate various activities depending upon the status of the item. For example, if a title has not yet been purchased, selecting that title will cause information regarding that title, such as artist, record label, and album cover graphics, etc., to be displayed in a title description window **420**. A "sample" icon **422** will be displayed which will initiate a sample play of the music, and a "buy" icon **424** will also be displayed, selection of which will initiate a purchase of the title.

If the title **410** selected is already owned and possessed by the user, selection of the title **410** will initiate play of the title. On the other hand if the status of the title is that it has been purchased but not yet received, then selection of the title will initiate a delivery information window (not shown) which might include data such as carrier, estimated time of arrival, whether it will be delivered C.O.D., etc.

The present embodiment can be used with music which can be downloaded directly from a network such as the Internet using MP3 or similar technology. In such an application, a status of condition of "purchased but not received" would have limited applicability. Alternatively, the present embodiment can be used with music recorded on compact discs or the like which must be purchased and delivered. In such a situation, the "purchased but not received" status condition is useful in indicating that while the title can not be played no purchase is necessary. It should be noted that the present embodiment contemplates that the term "title" applies to either a single song or an entire album as determined by user preference.

The present embodiment is an integral part of the user's home entertainment system. Selecting the list heading **416** in the second window region **412**, will activate play of all of the titles **410** of the list which are currently in the possession of the user. These titles **410** can be played through the user's stereo system (not shown) or through the user's computer system **216** through speakers **226** (FIG. **2**).

With reference to FIG. **5**, to further illustrate the organizational flexibility of the user interface, a particular list can have nested in it other lists. For example, a list entitled "British Isle" might include other nested lists **502** such as "Irish Celtic", "Scottish Celtic", "British Invasion" and "London Philharmonic". Selecting the British Isles list icon **408** (FIG. **4**), would cause the nested list icons **502** to appear, selection of which would generate an array of titles **504** falling within that nested list **502**. The titles **504** would have corresponding status icons **418** and purchase or play of the titles would be provided for as previously described.

With reference again to FIG. **4**, a list **408** can be transferred between the user and one or more of the remote agents **214** (FIG. **2**). For example, the user can request from and receive from a friend a list **408** of party songs. The titles **410** on the list **408** will appear with an indication of which titles are already owned and which need to be purchased.

Similarly, with reference to FIG. **5**, the user can send one of his embedded list titles **508** to a music dealer as an empty list with a request to fill the lists with titles matching those categories. The music dealer can then fill the user's embedded list **502** with a list **504** that matches the user's categorization. This dealer supplied list **504** could include all inventory in that category or a filtered subset thereof. From this list, the user can contract the list to show just those items which are already owned by the user, only those which are not owned or some user defined combination thereof. Therefore, upon receiving the filled list from the music dealer, the user can, upon a simple inspection of the status icons **504**, determine whether he or she already owns each of the items suggested by the dealer. The user can then select an unowned title **504**, listen to a sample of the music, and, if desired, purchase the title **504**.

With reference to FIG. **4**, the transferability of the lists **408** can also be useful in other ways. For example, if a user's friend has compiled a list of music he likes to listen to while driving he or she can transfer that list to the user. Upon a quick inspection of the status icons **418**, the user can determine whether any of the items are already owned and which remain to be purchased.

From the above, those skilled in the art will recognize that the present invention can be used to manage inventory of virtually any type of goods or services. With reference now to FIG. 6, another exemplary embodiment of the invention is disclosed. The present embodiment includes a customized user interface 602 useful for managing grocery inventory in a home. The user interface can be organized in any manner which is useful to the particular user. For example if a user tends to mentally group items such as pasta, sauce, bread, and cheese, a list can be created to group these items together. Alternatively, the user might want to group items based on where in the house they are stored. Again, lists can be developed to categorize items in this way.

With continued reference to FIG. 6, the user interface 602 generates a display of user defined categories 604. A heading 606 identifies the user interface 602 as pertaining to groceries generally. Selecting one of the categories causes that category name to be displayed as a list heading 608 having displayed there below a list of items 610 within that category. As with the previously described embodiment each displayed item 610 has associated with it a status icon 612 which identifies the status of the item 610. For example, an item which is owned is identified by a first icon 612(a), while an item which needs to be purchased is identified by a second icon 612(b). Furthermore, a third icon 612(c) might represent the item as having been purchased but not yet received.

With continued reference to FIG. 6, by selecting from the list an item 610 which needs to be purchased, information regarding that item will appear in one or more item description windows 614 within the user interface 602. For example, if an item 610 entitled "mozzarella", which needs to be purchased, is selected, a window 614 corresponding to a particular brand of mozzarella will be displayed along with price and other information. A visual display might also be displayed such as might be found on packaging of a product, or perhaps a picture of the product. More than one such window 614 can be displayed in order to give the user a selection from which to choose when making a purchase; The window 614 preferably includes a "buy" button 616, selection of which will initiate an on-line purchase of the item. The vendor used for purchase of the item can be one of several on-line grocery store chains which can, in some cases, deliver goods free of charge to the user's home. The choice of such on-line grocery store chains can be preprogrammed by the user or can be set by default to an address of a reputable on-line grocer.

In order to maintain a current inventory, as a user uses the last of a particular item, or notices that the item is getting to a low level, he or she can select the status icon 612 for that item 610 causing it to change sequentially among the two or three available states. For example, if the user uses the last of the available coffee, he or she can select the status icon 612(b). The status icon will change from an "owned" state 612(a) to a "buy" state 612(b). Later, when the item is purchased, the status icon 612(b) will automatically change to the "purchased but not received" state 612(c), until such time as the product is received. When the product is received, the status icon 612(c) will change to the "owned" state, either by the user selecting the icon 612 or by a remote action of the grocery vendor. While the present invention has been described in terms of being used with an on-line grocery vendor, those skilled in the art will recognize that the present invention can also be used to maintain an inventory of groceries supplied by a traditional grocery vendor, not on-line. In addition, the present invention can be used to maintain an inventory of virtually any kind of items, such as for example toys or books.

The present invention contemplates that the status of each item might not be merely binary (i.e. owned or un-owned) but may be some intermediate state. For example, the item 410 (FIG. 4) of the previously described embodiment might be licensed for a limited time or might be licensed on a particular platform. Or, the user might have only a small amount of an item 610 (FIG. 6), such as, for instance, ¼ cup of sauce. The present invention can be adapted to provide an indication of such an intermediate status.

It will be appreciated that the activity of purchasing each item can be done directly from the user interface each time an item is used up. The purchases can be tallied in an account (not shown) which can be checked at any time to determine the amount charged. By way of example, a user can periodically select and purchase items as they are used up, and schedule a delivery for a predetermined time. The delivery will then include all items purchased up to that point. This avoids the difficulty and embarrassment, sometimes experienced with traditional grocery shopping wherein a grocery cart is filled and brought to a checkout stand only to find that the amount exceeds that which the buyer is willing or able to pay. The present invention allows purchases to be made incrementally and directly without the use of a physical or electronic grocery cart.

With reference to FIG. 7, a portable electronic checklist can be used to maintain the inventory of groceries in the user interface 602 (FIG. 6). The portable user interface can be hung on a pantry door or incorporated into a refrigerator door so as to be easily accessible when supply of an item is found to be low. The electronic checklist 702 includes a category heading 704 which corresponds to the headings 608 of the user interface 602 (FIG. 6). When the user touches the heading 704, it changes from one heading to another in series until a desired heading is found. Each heading display generates a corresponding list of items 706 there below corresponding to the items 610 in the user interface. When supply of an item is found to be low or the item is used up all together, the user simply touches that item in the screen. The screen is linked with the user's computer system 210 (FIG. 2), or directly to a vendor supply database, so that the user interface 702 will be updated to indicate that the item needs to be purchased. The link can be a remote link or can simply be through the manual transfer of a computer readable medium, such as a floppy disk, between the electronic checklist 702 and the computer system 210. The checklist 702 may also include status icons 708 indicating the ownership status reflected in the user interface 602.

In yet another embodiment of the invention, inventory can be kept automatically. Various sensors in a pantry and/or refrigerator (not shown) can sense when an item needs to be replaced. This sensed condition is then delivered to the computer system 210 RIG. 2) whereby the interface 602 (FIG. 6) is automatically updated to reflect the changed ownership status of the item.

With reference again to FIG. 6, the list categorizations are transferable from one remote user to another. For example, the user may have a friend who has a recipe that the user wants to try. The friend can email the recipe to the user as a grocery category 606 with all of the ingredients being listed as items 610. The user can easily enter this recipe into the user interface 602 so that by selecting the recipe as a desired category, the name of the recipe will appear as the list heading with the various ingredients appearing there below as items 610. The interface will automatically deter-

mine the ownership status of each item/ingredient **610** which will be reflected in the status icons **612**.

With reference now to FIG. **8**, a user interface **802** for managing vehicle maintenance is disclosed. The user interface includes a heading **804** which identifies the user interface as pertaining to vehicle maintenance. Below the heading **804** is a list of vehicles **806** owned by the user. Selecting a vehicle **806** will cause that vehicle to appear as a vehicle heading **808**, below which will be displayed various maintenance procedures **810** which are part of that vehicle's maintenance routine. By selecting one of the procedures **810**, information regarding that procedure, such as when that procedure was last performed and when it is due, will be displayed in a window **812**. If a certain maintenance procedure needs to be performed on the vehicle, an icon **814** indicating as much will appear beside that procedure.

With continued reference to FIG. **8**, when a certain procedure is selected, a description of one or more local service stations will appear in a window **816**. The service station window includes information regarding that service station and can include a button to obtain schedule information and a link to the station to schedule an appointment.

The computer **210** (FIG. **2**) can be electronically linked with the vehicle so that the vehicle mileage can be monitored. When the vehicle mileage reaches a point where a particular maintenance procedure is required, the icon **814** will appear. In addition, the interface **802** can be programmed to alert the user by sending an email or by displaying a message to the user external from the user interface **804** to let the user know that a maintenance procedure should be performed. It will be appreciated that the present embodiment will be useful, not only to private individuals but also to businesses which operate a fleet of vehicles.

In summary the present invention provides a system for greatly simplifying a user's life by including a single interface from which a user can easily identify both items or services which are currently owned and those that need to be purchased, and from which he or she can make those required purchases. The system conforms to the user's lifestyle providing seamless, inventory maintenance and purchasing without the need for an electronic or actual shopping cart.

Although the foregoing invention has been described in some detail for purposes of clarity of understanding, it will be apparent that certain changes and modifications may be practiced within the scope of the appended claims. Accordingly, the present embodiments are to be considered as illustrative and not restrictive, and the invention is not to be limited to the details given herein, but may be modified within the scope and equivalents of the appended claims.

What is claimed is:

1. A computer readable medium storing instructions that when executed by a computer are capable of causing the computer to:
   store a play list transferred via a network, wherein the play list includes one or more items;
   generate a user interface;
   display the one or more items on the user interface;
   determine whether each item in the play list is owned or un-owned; and
   indicate on the user interface whether each item is owned or un-owned.

2. The computer readable medium of claim **1**, wherein the instructions are further capable of causing the computer to initiate a purchase of at least one un-owned item in the play list.

3. The computer readable medium of claim **2**, wherein the instructions are further capable of causing the computer to generate a button on the user interface that can be selected by a user to initiate the purchase.

4. The computer readable medium of claim **1**, wherein the instructions are further capable of causing the computer to provide a link to an on-line vendor from which a user can purchase at least one un-owned item in the play list.

5. The computer readable medium of claim **4**, wherein a purchased item is in the form of music downloaded over the network.

6. The computer readable medium of claim **4**, wherein a purchased item is in the form of a compact disc.

7. The computer readable medium of claim **4**, wherein the play list is created and organized by another party who transfers the play list via an electronic communication over the network.

8. The computer readable medium of claim **7**, wherein the electronic communication is electronic mail.

9. The computer readable medium of claim **4**, wherein the instructions are further capable of causing the computer to indicate that a purchased item has not yet been received.

10. The computer readable medium of claim **1**, wherein the instructions are further capable of causing the computer to play each owned item selected by a user.

11. The computer readable medium of claim **1**, wherein the instructions are further capable of causing the computer to play a portion of each un-owned item selected by a user.

12. The computer readable medium of claim **1**, wherein the play list is created and organized by another party who transfers the play list to a user.

13. The computer readable medium of claim **12**, wherein the play list is transferred via the network by using an electronic communication.

14. The computer readable medium at claim **13**, wherein the electronic communication is electronic mail.

15. The computer readable medium of claim **12**, wherein the party is a music dealer.

16. The computer readable medium of claim **1**, wherein the user interface includes a first window region and a second window region, the first window region including a list icon corresponding to the play list that was transferred and the second window region including titles of the one or more items in the play list and an indication whether each item is owned or un-owned.

17. The computer readable medium of claim **16**, wherein the user interface includes a third window region having a mechanism that allows a user to initiate a purchase of at least one un-owned item in the play list.

18. The computer readable medium of claim **16**, wherein the user interface includes a third window region having a link to an on-line vendor from which a user can purchase at least one un-owned item in the play list.

19. The computer readable medium of claim **18**, wherein the play list is created and organized by another party who transfers the play list via an electronic communication over the network.

20. The computer readable medium of claim **19**, wherein the electronic communication is electronic mail.

21. The computer readable medium of claim **18**, wherein the first window region includes a plurality of play lists and each of the play lists has a list icon.

22. The computer readable medium of claim **21**, wherein the first window region includes a heading corresponding to a category of the play lists.

23. The computer readable medium of claim **1**, wherein the instructions are further capable of causing the computer

11

to generate status icons that indicate whether each item is owned or un-owned.

**24**. The computer readable medium of claim **23**, wherein the instructions are further capable of causing the computer to provide a mechanism that allows a user to initiate a purchase of at least one un-owned item in the play list.

**25**. The computer readable medium of claim **23**, wherein the instructions are further capable of causing the computer

12

to provide a link to an on-line vendor from which a user can purchase at least one un-owned item in the play list.

**26**. The computer readable medium of claim **25**, wherein the play list is created and organized by another party who transfers the play list via electronic mail over the network.

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 7,173,177 B1                                      Page 1 of 1
APPLICATION NO. : 10/696379
DATED             : February 6, 2007
INVENTOR(S)       : Eric J. Gould et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page:

Item (75) Inventors:
Please delete "Alice Cark" and substitute --Alice Clark--.

Signed and Sealed this

Twenty-third Day of February, 2010

*[signature: David J. Kappos]*

David J. Kappos
*Director of the United States Patent and Trademark Office*