# Exhibit 13

| T-Mobile: T-Vision Streaming TV Service Infringement of the '411 patent ||
|---|---|
| **Claim 6** | **Evidence** |
| 6. A method for creating a dynamic playlist, the dynamic playlist including meta-data having association with a respective content item configured to be played on a content player, the method comprising the steps of: | T-Vision Streaming TV Service performs a method for creating a dynamic playlist. The dynamic playlist includes meta-data that has an association with a respective content item. The content item is configured for playback on a content player.<br><br>For example, the T-Vision Streaming TV Service has an AI-driven personalized UI that creates a list of recommended movies, TV shows, sports and news, referred to herein as recommended content. The list of recommended content is displayed in various arrangements on a subscriber's Home Screen, one of which is in a list that is oriented along a column on the Home Screen. Additionally, the Live Guide of the user interface includes a For Me tab that also provides a listing of recommended content for the user. Each of these lists of recommended content represents a play list according to the patent. The recommended content can be played via the T-Vision set top box, which is a content player. The recommended content has an association with meta-data, which is compared to criteria for selection of the content. The criteria are derived from the subscriber's viewing history and profile. The recommended content play list is dynamic in the sense that it changes as new content becomes available and as the subscriber's viewing history evolves. [A] [B] [C] |
| accepting at least one meta-category, said at least one meta-category being a set of at least one criterion, said at least one criterion having a potential association with a content item; | The T-Vision Streaming TV Service accepts at least one meta-category that is a set of at least one criterion. The criterion has a potential association with a content item.<br><br>For example, the AI-driven personalized UI uses multiple categories of meta-data, such as content topic, duration of content, time of airing, classification rating for parental controls, etc., to develop meta-data about the content, which has the potential for having an association with the meta-data categories, thereby enabling criteria concerning |

1

| | |
|---|---|
| | the meta-data categories to be used to select content for the Home Screen and For Me tab. [A] [B] [C] [D] |
| retrieving from at least one content provider a result set of meta-data fitting any said at least one criterion, wherein said result set enables acquisition of content items associated with said meta-data; | The T-Vision Streaming TV Service retrieves from at least one content provider a result set of meta-data that fits the criterion. The result set enables acquisition of content items associated with the meta-data.<br><br>For example, T-Vision streams content from a large number of major cable channels such as A&E, ESPN, AMC, CBS, etc. The AI-driven personalized UI retrieves meta-data of content from these sources, wherein content that has meta-data matching at least one of the selection criteria can be retrieved from the respective content provider. [A] [C] [E] |
| inserting the result set to said dynamic playlist; and | The T-Vision Streaming TV Service inserts the result set into the dynamic playlist.<br><br>For example, the AI-driven personalized UI inserts the resultant matching content into the recommended content play list for the subscriber and presents the list on the subscriber's Home Screen and/or For Me tab. [A] [B] [C] |
| seeding a next meta-category, if any, with the result set and repeating said retrieving, inserting and seeding steps until all meta-categories have been processed. | The T-Vision Streaming TV Service seeds a next meta-category, if any, with the result set and repeats the retrieving, inserting and seeding steps until all meta-categories have been processed.<br><br>For example, the AI-driven personalized UI applies criteria from multiple meta-categories such as content topic, duration of content, classification rating (e.g. for parental controls), etc., to select content for the recommended content play lists. Additionally, as the subscriber's viewing history evolves (e.g. repeated watching of some content, not watching some recommended content, watching entirely new types of content) the meta-categories and criteria associated therewith will evolve accordingly, thereby causing the AI-driven personalized UI to repeat the processing steps associated with the meta-categories and content. [A] [D] [F] |

**References:**

[A] Meet T-Mobile TVision Home: BS-Free TV That Learns You
https://www.t-mobile.com/news/press/tvision-home

[B] TVision by T-Mobile review: This streaming TV service shows promise, but it's not what cord-cutters want today
https://www.techhive.com/article/3403026/tvision-review.html

[C] T-Mobile TVision TV Service Hands on Demo
https://www.youtube.com/watch?v=NnTTvZ77uvs

[D] Manage parental controls: TVision Home
https://www.t-mobile.com/support/tv/experience/manage-parental-controls#:~:text=Choose%20Parental%20Controls%2C%20then%20select,lock%20next%20to%20the%20rating.

[E] Introducing T-Vision Home Television by T-Mobile
https://www.t-mobile.com/tvision

[F] T-Mobile TVision Launches, But What the Heck Is It?
https://www.tomsguide.com/us/what-is-tvision,news-29842.html

3