# Exhibit 17

| T-Mobile: T-Vision Streaming Service Infringement of the '177 patent ||
|---|---|
| **Claim 1** | **Evidence** |
| 1. A computer readable medium storing instructions that when executed by a computer are capable of causing the computer to: | The T-Vision streaming service is a client-server based service, wherein the client and server-side devices from T-Mobile that provide the service have instructions that are stored on computer readable medium. When executed by a computer the instructions cause the computer to perform operations in connection with a play list.<br><br>For example, the T-Vision streaming service is a client-server based streaming TV service. T-Mobile's servers that support the service include computer readable medium that stores instructions that when executed cause the servers to be capable of supporting the service, which includes operations in connection with a play list. Additionally, the T-Vision set top box that supports the client-side aspects of the service include computer readable medium that store instructions that when executed cause the set top box to be capable of supporting the service, which includes operations in connection with a play list. The software executing on the T-Vision set top box can be rebooted if operationally necessary. [A] [B] [C] |
| store a play list transferred via a network, wherein the play list includes one or more items; | The T-Vision client-side device stores a play list that has been transferred via a network. The play list includes one or more items.<br><br>For example, the T-Vision set top box stores multiple lists of movies and shows (e.g. Most Popular, New Releases, Free Movies, Last Watched etc.) that are received from a T-Vision server over the Internet. Each list is displayed in a respective column of the user interface and each list represents a play list according to the patent. The play lists have been transferred over a network from one of T-Mobile's servers to the T-Vision set top box. [A] [B] |
| generate a user interface; | The T-Vision client-side device generates a user interface.<br><br>For example, the T-Vision set top box generates a user interface that enables a user to play, purchase and download movies and shows. [A] [D] [E] |
| display the one or more | The T-Vision client-side device displays the one or more |

| | |
|---|---|
| items on the user interface; | items on the user interface.<br><br>For example, the T-Vision set top box displays multiple lists of movies and shows (e.g. Most Popular, New Releases, Free Movies, Last Watched etc.) on the user interface. [D] [F] |
| determine whether each item in the play list is owned or un-owned; and | The T-Vision servers determine whether each item in the play list is owned or un-owned.<br><br>For example, the T-Vision user interface includes a Most Popular play list, which includes popular on-demand movies that can be rented. The patent broadly defines "owned" as including media that is licensed for a period of time or on a given platform, which therefore includes rented on-demand movies. On-demand movies can be rented for 48 hours. The T-Vision user interface also has a My Library tab that lists purchased movies, some of which could also be in the Most Popular play list. Each item in the Most Popular play list is un-owned, unless the user, as determined by the T-Vision servers, has purchased the item. [D] [G] [H] |
| indicate on the user interface whether each item is owned or un-owned. | The T-Vision set top box indicates on the user interface whether each item is owned or un-owned.<br><br>For example, the T-Vision user interface indicates items of the Most Popular play list that are owned by displaying those items on the My Library tab, whereas un-owned items of the Most Popular list are not displayed on the My Library tab. [B] [H] |

**References:**

[A] Home Television by T-Mobile
https://www.t-mobile.com/tvision

[B] T-Vision Set-Top Box Technology Features
https://www.t-mobile.com/tvision/technology

[C] How to reboot the System
https://www.t-mobile.com/support/tutorials?page=device/t-mobile/tvision-home/topic/settings-amp-tech-specs/how-to-reboot-the-system/5

2

[D] How to play On Demand Content - Free and Paid
https://www.t-mobile.com/support/tutorials?page=device/t-mobile/tvision-home/topic/media-amp-sound/how-to-play-on-demand-content-free-and-paid/7

[E] TVision by T-Mobile review: This streaming TV service shows promise, but it's not what cord-cutters want today
https://www.techhive.com/article/3403026/tvision-review.html

[F] How to delete a series, single episode, or season
https://www.t-mobile.com/support/tutorials?page=device/t-mobile/tvision-home/topic/recordings-management/how-to-delete-a-series-single-episode-or-season/5

[G] My Library feature: TVision Home
https://www.t-mobile.com/support/tv/experience/my-library-feature

[H] How to view purchased movies, TV shows, & web videos in My Library
https://www.t-mobile.com/support/tutorials?page=device/t-mobile/tvision-home/topic/media-amp-sound/how-to-view-purchased-movies-tv-shows-amp-web-videos-in-my-library/5