# Exhibit 13.1

| OnePlus Smartphones<br><br>(Includes smartphones models: X, 2, 3, 3T, 5, 5T, 6, 6T, 7, 7T, 7 Pro, 7T Pro)<br><br>Infringement of the '527 patent ||
|---|---|
| Claim 8 | Evidence |
| 8. A method for interfacing analog/digital converting means and JPEG compression means, said JPEG compression means having a built-in memory device, comprising the steps of: | The OnePlus Smartphone provides an analog/digital converting means and JPEG compression means, said JPEG compression means having a built-in memory device.<br><br>For example, the OnePlus Smartphone supports the encoding of images into JPEG compressed media. As part of an image capturing subsystem, the Smartphone has an analog/digital convertor for converting analog image data to digital image data. The image data is organized into frames comprised of rows (lines) and columns corresponding to an array of sensors in an image sensor of the image capturing subsystem. As part of an image processing subsystem, the Smartphone has a JPEG encoding function with buffer memory for encoding the digital image data into JPEG compressed media. |
| (8.1) sequentially reading a predetermined number of image lines from the image data output of said analog/digital converting means; | The OnePlus Smartphone sequentially reads a predetermined number of image lines from the image data output of said analog/digital converting means.<br><br>For example, the image processing subsystem of the OnePlus Smartphone reads a frame of image data, sequentially line-by-line, from the image capturing subsystem. |
| (8.2) storing said predetermined number of image lines in memory means, said memory means capable of storing the same number of image lines as said built-in memory device; and | The OnePlus Smartphone stores said predetermined number of image lines in memory means, said memory means capable of storing the same number of image lines as said built-in memory device.<br><br>For example, the image processing subsystem of the OnePlus Smartphone stores the image data in a local memory, the local memory is capable of storing at least the same number of lines of data from the frame as the buffer memory. |
| (8.3) sequentially reading a | The OnePlus Smartphone sequentially reads a predetermined size of image block from said memory |

| | |
|---|---|
| predetermined size of image block from said memory means to said built-in memory device when said image data output is determined to be compressed. | means to said built-in memory device when said image data output is determined to be compressed. For example, when digital image data is to be encoded into JPEG compressed media, the image processing subsystem of the OnePlus Smartphone reads the frame (or subset of a frame) from the local memory into the buffer memory so that the JPEG encoding function can perform JPEG encoding thereon. |

**References:**

OnePlus 7T Pro: http://phonedb.net/index.php?m=device&id=15914&c=oneplus_7t_pro_5g_mclaren_edition_global_dual_sim_td-lte_256gb_hd1925__bbk_1920&d=detailed_specs

OnePlus 7 Pro: http://phonedb.net/index.php?m=device&id=15191&c=oneplus_7_pro_premium_edition_global_dual_sim_td-lte_128gb_gm1913__bbk_guacamole&d=detailed_specs

OnePlus 7T: http://phonedb.net/index.php?m=device&id=15728&c=oneplus_7t_dual_sim_td-lte_na_128gb_hd1905__bbk_guacamoleg&d=detailed_specs

OnePlus 7: http://phonedb.net/index.php?m=device&id=15181&c=oneplus_7_premium_edition_global_dual_sim_td-lte_256gb_gm1903__bbk_guacamoleb&d=detailed_specs

OnePlus 6T: http://phonedb.net/index.php?m=device&id=14282&c=oneplus_6t_premium_edition_dual_sim_global_td-lte_a6013_128gb__bbk_fajita&d=detailed_specs

OnePlus 6: http://phonedb.net/index.php?m=device&id=13390&c=oneplus_6_dual_sim_global_td-lte_a6003_128gb__bbk_enchilada&d=detailed_specs

OnePlus 5T: http://phonedb.net/index.php?m=device&id=12551&c=oneplus_5t_dual_sim_global_td-lte_a5010_64gb__bbk_dumpling&d=detailed_specs

OnePlus 5: http://phonedb.net/index.php?m=device&id=11679&c=oneplus_5_dual_sim_global_td-lte_a5000_128gb__bbk_cheeseburger&d=detailed_specs

OnePlus 3T: http://phonedb.net/index.php?m=device&id=10956&c=oneplus_3t_dual_sim_lte-a_na_64gb__bbk_rain&d=detailed_specs

OnePlus 3: http://phonedb.net/index.php?m=device&id=10207&c=oneplus_3_dual_sim_lte-a_na_a3000_64gb__bbk_rain&d=detailed_specs

OnePlus X: http://phonedb.net/index.php?m=device&id=9256&c=oneplus_x_dual_sim_lte_na__bbk_onyx&d=detailed_specs

OnePlus 2: http://phonedb.net/index.php?m=device&id=8573&c=oneplus_2_dual_sim_lte-a_na_a2005_64gb&d=detailed_specs