# Exhibit 16

| OnePlus Smartphones with curved OLED displays (including model 7 Pro versions GM1913, GM1915, GM1917, models 8, 8 Pro, 8 5G, 8T+ 5G series) ||
|---|---|
| Infringement of the '805 patent ||
| Claim 1 | Evidence |
| 1. An organic electro-luminescent device, comprising: | The OnePlus Smartphone provides organic electro-luminescent device (OLED).<br><br>For example, the OnePlus Smartphone includes an OLED display that is a curved edge OLED display [4] [5] [6].<br><br>**OnePlus 7 Pro review**<br>Come for the pop-up camera novelty, stay for the sharp 90Hz display<br>★★★★½   By Matt Swider  August 08, 2019<br><br>t[1] |

1

| | |
|---|---|
| | NETWORK  Technology  GSM / CDMA / HSPA / LTE <br> LAUNCH  Announced  2019, May <br> Status  Available. Released 2019, May <br> BODY  Dimensions  162.6 x 75.9 x 8.8 mm (6.40 x 2.99 x 0.35 in) <br> Weight  206 g (7.27 oz) <br> Build  Glass front (Gorilla Glass 5), glass back (Gorilla Glass 5), <br> SIM  Dual SIM (Nano-SIM, dual stand-by) <br> DISPLAY  Type  <u>Fluid AMOLED capacitive touchscreen, 16M colors</u> <br> Size  6.67 inches, 108.8 cm$^2$ (~88.1% screen-to-body ratio) <br> Resolution  1440 x 3120 pixels, 19.5:9 ratio (~516 ppi density) <br> Protection  Corning Gorilla Glass 5 <br> DCI-P3 <br> HDR10+ <br> 90Hz <br> [2] |
| a plastic substrate having a first surface and a second surface; | The OnePlus Smartphone includes a plastic substrate having a first surface and a second surface. <br><br> For example, the OLED display of the OnePlus Smartphone is a plastic OLED display. As such, the display has a plastic substrate (green arrow) that has two surfaces: a first surface (e.g. top/inner) and a second surface (e.g. bottom/outer). [3] [4] [5] <br><br> Cathode → <br> Organic Layers → <br> Anode → <br> → Plastic Substrate ( Barrier <br> Light Emission <br><br> **Figure 1:** Basic Plastic-substrate OLED Structure for Illustration Purposes |
| a first composite layer | The OnePlus Smartphone includes a first composite layer located on the first surface. |

2

| | |
|---|---|
| located on the first surface; | For example, the OLED display of the OnePlus Smartphone includes a first composite layer located on the first surface (e.g. blue arrow) of the plastic substrate. The first composite layer prevents damaging water and oxygen from being released by the plastic substrate thereby acting as a protection barrier to subsequent layers. [6] [7]  **Figure 1:** Basic Plastic-substrate OLED Structure for Illustration Purposes |
| a second composite layer located on the second surface; | The OnePlus Smartphone includes a second composite layer located on the second surface. For example, the OLED display of the OnePlus Smartphone includes a second composite layer located on the second surface (e.g. orange arrow) of the plastic substrate. The second composite layer provides protection to the plastic substrate from mechanical damage (e.g. scratches) that may occur to the bottom surface of the substrate (i.e. outer surface of the display) [6] [7]. **Figure 1:** Basic Plastic-substrate OLED Structure for Illustration Purposes |
| a transparent conductive electrode located on the first composite layer which is | The OnePlus Smartphone includes a transparent conductive electrode located on the first composite layer. The first composite layer is located between the plastic substrate and the transparent conductive electrode |

| | |
|---|---|
| located between the plastic substrate and the transparent conductive electrode; | For example, the OLED display of the OnePlus Smartphone includes a transparent conductive electrode (brown arrow) located on the first composite layer. [6] [7] [8]<br><br><br><br>**Figure 1:** Basic Plastic-substrate OLED Structure for Illustration Purposes |
| an organic emitting layer formed on the transparent conductive electrode which is located between the first composite layer and the organic emitting layer; | The OnePlus Smartphone includes an organic emitting layer formed on the transparent conductive electrode. The transparent conductive electrode is located between the first composite layer and the organic emitting layer.<br><br>For example, the OLED display of the OnePlus Smartphone includes an organic emitting layer (e.g. blue arrow) formed on the transparent conductive electrode. [6] [7] [8]<br><br><br><br>**Figure 1:** Basic Plastic-substrate OLED Structure for Illustration Purposes |
| a metal electrode formed on the organic emitting layer, wherein the organic emitting layer is between the transparent conductive electrode and the metal | The OnePlus Smartphone includes a metal electrode formed on the organic emitting layer. The organic emitting layer is between the transparent conductive electrode and the metal electrode.<br><br>For example, the OLED display of the OnePlus Smartphone includes a metal electrode (e.g. red arrow) formed on the organic emitting layer. [6] [7] [8] |

| | |
|---|---|
| electrode; and | **Figure 1:** Basic Plastic-substrate OLED Structure for Illustration Purposes |
| a protecting layer formed on the metal electrode to enclose the metal electrode and the organic emitting layer. | The OnePlus Smartphone includes a protecting layer formed on the metal electrode to enclose the metal electrode and the organic emitting layer.<br><br>For example, the OLED display of the OnePlus Smartphone includes a protecting layer (e.g. pink arrow) formed on the metal electrode. This layer encloses the metal electrode and the organic emitting layer, thereby these layers. [6] [7] [8]<br><br>**Figure 1:** Basic Plastic-substrate OLED Structure for Illustration Purposes |

**References:**

[1] OnePlus 7 Pro Review: https://www.techradar.com/reviews/oneplus-7-pro

[2] OnePlus 7 Pro GSMArena: https://www.gsmarena.com/oneplus_7_pro-9689.php

[3] OnePlus Pro OLED Display Technology Shoot-Out: www.displaymate.com/OnePlus_7Pro_ShootOut_1P.htm

[4] POLED vs AMOLED – what is the difference between these OLED technologies?: https://www.androidauthority.com/poled-vs-amoled-792869/

[5] Making sense of displays: OLED, AMOLED, POLED, PMOLED and T-OLED: https://www.microcontrollertips.com/making-sense-displays-oled-amoled-poled-pmoled-t-oled/

[6] Recent Progress on Thin-film Encapsulation Technologies for Organic Electronic Devices: https://www.sciencedirect.com/science/article/pii/S0030401815300134

[7] Development of Flexible OLED: https://www.researchgate.net/publication/269272757_Development_of_flexible_OLED/download

[8] Flexible Active Matrix Organic Light Emitting Diode (AM OLED) Displays: https://www.researchgate.net/publication/228862170_Flexible_active_matrix_organic_light_emitting_diode_AM_OLED_displays/download

[9] OnePlus 8 Series: Aiming to Redefine Flagship Experience
https://www.counterpointresearch.com/oneplus-8-series-aiming-to-redefine-flagship-experience/

[10] OnePlus 8 5G: http://phonedb.net/index.php?m=device&id=16864&c=oneplus_8_5g_standard_edition_dual_sim_td-lte_na_128gb_in2015__bbk_galileib&d=detailed_specs

[11] OnePlus 8 5G T-Mobile:
https://www.t-mobile.com/cell-phone/oneplus-8-5g?sku=610214663818

[12] OnePlus 8T+ 5G T-Mobile:
https://www.t-mobile.com/cell-phone/oneplus-8-5g?sku=610214663818

[13] OnePlus 8 Pro review: Speed is everything
https://www.engadget.com/one-plus-8-pro-review-5g-120-hz-quad-camera-155534134.html