# Exhibit 17

| T-Mobile: T-Vision Streaming TV Service Infringement of the '489 patent ||
|---|---|
| **Claim 1** | **Evidence** |
| 1. A method for updating a play list, comprising the steps of: | The T-Vision Streaming TV Service performs a method for updating a play list.<br><br>For example, the T-Vision Streaming TV Service has a AI-driven personalized UI whereby content such as movies, TV shows, sports and news is recommended for a subscriber based on multiple factors that relate to the subscriber's viewing history. The Home Screen of the T-Vision user interface displays these personalized recommendations in various arrangements, one of which, is in a list that is oriented along a column on the Home Screen. Additionally, the Live Guide of the user interface includes a For Me tab that also provides a listing of recommended content for the user. Each of these lists of recommended content represents a play list according to the patent. [A] [B] [C] |
| comparing a set of one or more properties of a first track to criteria of a first play list; and | The T-Vision Streaming TV Service compares a set of one or more properties of a first track to criteria of a first play list.<br><br>For example, the AI-driven personalized UI provides a play list of recommended content to a user. The recommended content includes movies, TV shows, sports and news that have been automatically selected based one or more criteria derived from a subscriber's viewing history and profile. In order to make the recommendations, the AI-driven personalized UI compares properties of the content (e.g. topic, duration, classification/rating for parental controls) to the criteria and selects content that satisfies the criteria. [A] [B] [C] [D] |
| automatically adding said first track to said first play list if said set of properties of said first track satisfy said criteria of said first play list. | The T-Vision Streaming TV Service automatically adds the first track to the first play list if the set of properties of the first track satisfy the criteria of the first play list.<br><br>For example, the AI-driven personalized UI automatically adds a movie, TV show, or sports event to a subscriber's Home Screen and/or Live Guide For Me tab if properties of the content satisfy the criteria. As the subscriber's viewing history develops over time, the criteria evolve |

|  | and content with properties matching the criteria is automatically added to the play lists of the Home Screen and/or Live Guide For Me tab. [A] [B] [C] |
|---|---|

**References:**

[A] Meet T-Mobile TVision Home: BS-Free TV That Learns You
https://www.t-mobile.com/news/press/tvision-home

[B] TVision by T-Mobile review: This streaming TV service shows promise, but it's not what cord-cutters want today
https://www.techhive.com/article/3403026/tvision-review.html

[C] T-Mobile TVision TV Service Hands on Demo
https://www.youtube.com/watch?v=NnTTvZ77uvs

[D] Manage parental controls: TVision Home
https://www.t-mobile.com/support/tv/experience/manage-parental-controls#:~:text=Choose%20Parental%20Controls%2C%20then%20select,lock%20next%20to%20the%20rating.