# Exhibit 18.1

| OnePlus Smartphones with Google Photos App preloaded in Android OS<br><br>(Includes smartphones models: X, 2, 3, 3T, 5, 5T, 6, 6T, 7, 7T, 7 Pro, 7T Pro, 8, 8 Pro, 8 5G, 8T+ 5G)<br><br>**Infringement of the '774 patent** ||
|---|---|
| **Claim 1** | **Evidence** |
| 1. An image processing apparatus, comprising: | The OnePlus smartphone in combination with the preloaded Google Photos App provides an image processing apparatus.<br><br>For example, the Collage feature of the Google Photos App adapts the smartphone to an image processing apparatus for creating a collage from multiple individual images stored in the Photos App. |
| at least one processing target unit image; | The OnePlus smartphone in combination with the preloaded Google Photos App has at least one processing target unit image.<br><br>For example, using the Collage feature the user selects multiple images, each being a processing target image, for inclusion in the collage. |
| a plurality of vacant unit storage areas arranged in a matrix to have images selectively inserted; and | The OnePlus smartphone in combination with the preloaded Google Photos App includes multiple vacant unit storage areas arranged in a matrix to have images selectively inserted.<br><br>For example, the smartphone includes collage templates each with multiple vacant unit storage areas into which the selected images will be inserted. |
| a control unit controlling an access to each of the unit storage areas, | The OnePlus smartphone in combination with the preloaded Google Photos App includes a control unit controlling an access to each of the unit storage areas.<br><br>For example, the smartphone as adapted by the Collage function controls access to each of the unit storage areas, whereby the selected images are inserted into the collage template when the user creates the collage. |
| wherein the control unit stores the at least one processing target unit image in at least one of the plurality | The control unit stores at least one processing target unit image in at least one of the multiple vacant unit storage areas. This storing is done in accordance with the selected insertion of the at least one processing target unit image. The control unit accesses the unit |

| | |
|---|---|
| of vacant unit storage areas in accordance with a selected insertion of the at least one processing target unit image, accesses the unit storage areas in a predetermined sequence, and thereby generates a composite image from the unit images. | storage areas in a predetermined sequence to generate a composite image from the unit images.<br><br>For example, the Collage feature inserts the selected images into the vacant unit storage areas of the collage template and saves the resulting image as one composite image that can be saved and later accessed via the Photos App. |

**References:**

[1] OnePlus 7T Pro: http://phonedb.net/index.php?m=device&id=15914&c=oneplus_7t_pro_5g_mclaren_edition_global_dual_sim_td-lte_256gb_hd1925__bbk_1920&d=detailed_specs

[2] OnePlus 7 Pro: http://phonedb.net/index.php?m=device&id=15191&c=oneplus_7_pro_premium_edition_global_dual_sim_td-lte_128gb_gm1913__bbk_guacamole&d=detailed_specs

[3] OnePlus 7T: http://phonedb.net/index.php?m=device&id=15728&c=oneplus_7t_dual_sim_td-lte_na_128gb_hd1905__bbk_guacamoleg&d=detailed_specs

[4] OnePlus 7: http://phonedb.net/index.php?m=device&id=15181&c=oneplus_7_premium_edition_global_dual_sim_td-lte_256gb_gm1903__bbk_guacamoleb&d=detailed_specs

[5] OnePlus 6T: http://phonedb.net/index.php?m=device&id=14282&c=oneplus_6t_premium_edition_dual_sim_global_td-lte_a6013_128gb__bbk_fajita&d=detailed_specs

[6] OnePlus 6: http://phonedb.net/index.php?m=device&id=13390&c=oneplus_6_dual_sim_global_td-lte_a6003_128gb__bbk_enchilada&d=detailed_specs

[7] OnePlus 5T: http://phonedb.net/index.php?m=device&id=12551&c=oneplus_5t_dual_sim_global_td-lte_a5010_64gb__bbk_dumpling&d=detailed_specs

[8] OnePlus 5: http://phonedb.net/index.php?m=device&id=11679&c=oneplus_5_dual_sim_global_td-lte_a5000_128gb__bbk_cheeseburger&d=detailed_specs

[9] OnePlus 3T: http://phonedb.net/index.php?m=device&id=10956&c=oneplus_3t_dual_sim_lte-a_na_64gb__bbk_rain&d=detailed_specs

[10] OnePlus 3: http://phonedb.net/index.php?m=device&id=10207&c=oneplus_3_dual_sim_lte-a_na_a3000_64gb__bbk_rain&d=detailed_specs

[11] OnePlus X: http://phonedb.net/index.php?m=device&id=9256&c=oneplus_x_dual_sim_lte_na__bbk_onyx&d=detailed_specs

[12] OnePlus 2: http://phonedb.net/index.php?m=device&id=8573&c=oneplus_2_dual_sim_lte-a_na_a2005_64gb&d=detailed_specs

[13] OnePlus 8 Series: Aiming to Redefine Flagship Experience
https://www.counterpointresearch.com/oneplus-8-series-aiming-to-redefine-flagship-experience/

[14] OnePlus 8 5G: http://phonedb.net/index.php?m=device&id=16864&c=oneplus_8_5g_standard_edition_dual_sim_td-lte_na_128gb_in2015__bbk_galileib&d=detailed_specs

[15] OnePlus 8 5G T-Mobile:
https://www.t-mobile.com/cell-phone/oneplus-8-5g?sku=610214663818

[16] OnePlus 8T+ 5G T-Mobile:
https://www.t-mobile.com/cell-phone/oneplus-8-5g?sku=610214663818

[17] How to create collages, animations, and movies in Google Photos
https://www.androidcentral.com/how-create-collages-animations-and-movies-google-photos