# Exhibit 22

| T-Mobile: T-Vision Streaming TV Service Infringement of the '443 patent ||
|---|---|
| **Claim 24** | **Evidence** |
| 24. A method comprising: | The T-Vision Streaming TV Service executing as a client-server application on a T-Vision server and T-Vision set top box performs a method for purchasing items.<br><br>For example, the On Demand feature of the T-Vision Streaming TV Service enables a user to purchase movies. [A] |
| a computing device storing a list that includes one or more items; | The T-Vision Streaming TV Service executing as a client-server application on a T-Vision server and T-Vision set top box forms a computing device that stores a list that includes one or more items.<br><br>For example, under the On Demand menu of the T-Vision user interface, the user is presented with a list of On Demand movies and shows. [A] |
| the computing device determining whether each item in the list was previously purchased by a user; | The T-Vision Streaming TV Service executing as a client-server application on a T-Vision server and T-Vision set top box forms a computing device that determines whether each item in the list was previously purchased by a user.<br><br>For example, under the My Library menu of the T-Vision user interface, the user is presented with a list of On Demand movies and shows that the user has previously rented. The patent broadly defines "purchased" as including media that is licensed for a period of time or on a given platform, which therefore includes rented On Demand movies. T-Vision On Demand movies can be rented for 48 hours. The T-Vision servers determine whether each movie in the On Demand list has been previously rented or not. If a movie has been previously rented, the movie will be displayed under the My Library menu, and if it has not been previously rented it will be available for rent under the On Demand menu. [B] [C] |
| the computing device allowing the user to initiate a purchase of an item in the list that has not yet been purchased by the user; and | The T-Vision Streaming TV Service executing as a client-server application on a T-Vision server and T-Vision set top box forms a computing device that allows the user to initiate purchase of an item in the list that has not yet been purchased by the user. |

1

|  | For example, under the On Demand menu of the T-Vision user interface, the user is presented with a list of On Demand movies and shows. The user can purchase a movie that has not already been previously purchased by selecting the movie, selecting "Rent for $", and entering the user's PIN. [A] |
|---|---|
| the computing device indicating on a display of the computing device that a purchased item has not yet been received by the user. | The T-Vision feature executing as a client-server application on a T-Vision server and T-Vision set top box forms a computing device that indicates on a display of the computing device that a purchased item has not yet been received by the user.<br><br>For example, under the On Demand menu of the T-Vision user interface, a purchased movie that has not yet been watched (received) will be displayed as having 48 hours rental remaining after the user has begun watching it. [A] [C] |

**References:**

[A] How to play On Demand Content - Free and Paid
https://www.t-mobile.com/support/tutorials?page=device/t-mobile/tvision-home/topic/media-amp-sound/how-to-play-on-demand-content-free-and-paid/7

[B] My Library feature: TVision Home
https://www.t-mobile.com/support/tv/experience/my-library-feature

[C] How to view purchased movies, TV shows, & web videos in My Library
https://www.t-mobile.com/support/tutorials?page=device/t-mobile/tvision-home/topic/media-amp-sound/how-to-view-purchased-movies-tv-shows-amp-web-videos-in-my-library/5